# EXHIBIT A

# T|H TorHoerman Law LLC

From the desk of Kenneth John Brennan (IL & MO)

October 07, 2014

Robert A. Bradway
Chairman and Chief Executive Officer
Amgen Headquarters
One Amgen Center Drive
Thousand Oaks, CA
91320

      Re:  **United States of America et al v. Amgen, Inc.**
           **2:12-cv-03881-SJF-ARL**

Dear Mr. Bradway,

Per the Court's October 7, 2014 directive, please find enclosed a copy of the docket in the *United States of America et al v. Amgen, Inc.*, case number 2:12-cv-03881-SJF-ARL.

The docket, on October 1, 2014 and October 7, 2014 displays two orders that read as follow:

> NOTICE of Hearing: Initial Conference set for 11/3/2014 11:15 AM in Courtroom 1010 before Judge Sandra J. Feuerstein at the Central Islip Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722. The parties shall appear with authority, or with individuals with authority, to settle this matter. Plaintiffs shall serve a copy of this Notice of Hearing upon defendants and file proof of such service with the Court. c/ECF (Adell, April) (Entered: 10/01/2014)

> ORDER granting 11 Motion to Continue: The application is granted to the extent that the Relator's time to serve the summons and complaint is extended until 12/8/2014. No further extensions will be granted. The initial conference in this matter is adjourned until 1/7/2015 at 11:15 a.m. The Relator shall serve a copy of this Order upon defendant and file proof of such service with the Court. Ordered by Judge Sandra J. Feuerstein on 10/7/2014. c/ECF (Adell, April) (Entered: 10/07/2014)

Sincerely,

*/s/ Kenneth J. Brennan*
Kenneth J. Brennan

**ENCLOSURES**

TorHoermanLaw.com
(888) 50-TorLaw

**Edwardsville**
101 West Vandalia Street, Suite 350 • Edwardsville, IL 62025
(618) 656-4400

**Chicago**
234 South Wabash, 7th Floor • Chicago, IL 60604
(312) 372-4800

**U.S. District Court**
**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:12-cv-03881-SJF-ARL**

United States of America et al v. Amgen, Inc.
Assigned to: Judge Sandra J. Feuerstein
Referred to: Magistrate Judge Arlene R. Lindsay
Cause: 31:3729 False Claims Act

Date Filed: 08/06/2012
Jury Demand: Plaintiff
Nature of Suit: 375 Other Statutes: False Claims Act
Jurisdiction: Federal Question

**Plaintiff**

**United States of America**
*and the States of*
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**California**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Colorado**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Connecticut**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Delaware**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**
**Florida** *Ex Rel* Daniel Coyne, M.D.

**Plaintiff**
**Georgia** *Ex Rel* Daniel Coyne, M.D.

**Plaintiff**
**Hawaii** *Ex Rel* Daniel Coyne, M.D.

**Plaintiff**
**Indiana** *Ex Rel* Daniel Coyne, M.D.

**Plaintiff**
**Iowa** *Ex Rel* Daniel Coyne, M.D.

**Plaintiff**
**Louisiana** *Ex Rel* Daniel Coyne, M.D.

**Plaintiff**
**Maryland** *Ex Rel* Daniel Coyne, M.D.

**Plaintiff**

**Massachusetts**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Michigan**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Minnesota**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Nevada**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**New Hampshire**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**New Jersey**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**New Mexico**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

New York

*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**North Carolina**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Oklahoma**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Rhode Island**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Tennessee**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Texas**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Virginia**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Washington**
*Ex Rel*

Daniel Coyne, M.D.

**Plaintiff**

**Wisconsin**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**The District of Columbia**
*Ex Rel*
Daniel Coyne, M.D.

**Plaintiff**

**Illinois**
*Ex Rel*
Daniel Coyne, M.D.

V.

**Relator**

**Daniel Coyne**
*M.D.*

represented by **Lori Aileen Siler**
The Restaino Law Firm
283 Columbine Street
Suite 169
Denver, CO 80206
720-221-0449
Email: LRestaino@restainolawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Amgen, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2012 | 1 | COMPLAINT against Amgen, Inc. Disclosure Statement on Civil Cover Sheet completed -No., filed by New Jersey, New Hampshire, Florida, Washington, Louisiana, Connecticut, Indiana, United States of America, Maryland, Georgia, Minnesota, Wisconsin, Massachusetts, Michigan, New York, The District of Columbia, California, Virginia, Delaware, North Carolina, Tennessee, Hawaii, Illinois, Texas, Rhode Island, New Mexico, Oklahoma, Iowa, Nevada, Colorado. (Attachments: # 1 Civil Cover Sheet) (McMahon, Carol) (Entered: 08/09/2012) |
| 08/06/2012 |  | FILING FEE: $ 350.00, receipt number 4653047297 (McMahon, Carol) (Entered: 08/09/2012) |
| 08/09/2012 | 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if** all parties wish to consent. The form may also be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (McMahon, Carol) (Entered: 08/09/2012) |
| 08/25/2014 |  | Letter from Vincent Lipari to Judge Feuerstein enclosing a stipulation extending the seal deadline. (Florio, Lisa) (Entered: 08/26/2014) |
| 10/01/2014 |  | NOTICE of Hearing: Initial Conference set for 11/3/2014 11:15 AM in Courtroom 1010 before Judge Sandra J. Feuerstein at the Central Islip Courthouse, located at 100 Federal Plaza, Central Islip, New York 11722. The parties shall appear with authority, or with individuals with authority, to settle this matter. Plaintiffs shall serve a copy of this Notice of Hearing upon defendants and file proof of such service with the Court. c/ECF (Adell, April) (Entered: 10/01/2014) |
| 10/01/2014 |  | ORDER: Plaintiff is directed to submit a summons to the Clerk of the Court. Plaintiff shall serve summons and complaint on all parties by 10/8/2014. Ordered by Judge Sandra J. Feuerstein on 10/1/2014. c/ecf (Morabito, Bryan) (Entered: 10/01/2014) |
| 10/06/2014 | 11 | MOTION to Continue *OR EXTEND TIME TO SERVE COMPLAINT* by Daniel Coyne. (Attachments: # 1 Proposed Order) (Siler, Lori) (Entered: 10/06/2014) |
| 10/07/2014 |  | ORDER granting 11 Motion to Continue: The application is granted to the extent that the Relator's time to serve the summons and complaint is extended until 12/8/2014. No further extensions will be granted. The initial conference in this matter is adjourned until 1/7/2015 at 11:15 a.m. The Relator shall serve a copy of this Order upon defendant and file proof of such service with the Court. Ordered by Judge Sandra J. Feuerstein on 10/7/2014. c/ECF (Adell, April) (Entered: 10/07/2014) |

| 10/07/2014 | 12 | ORDER REINSTATING SEAL IN PART: IT IS HEREBY ORDERED THAT: The seal shall be reinstated as to the United States' requests to extend the seal (docket entries 3-10) because such filings discuss the content and extent of the United States' investigation and were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. Ordered by Judge Sandra J. Feuerstein on 10/7/2014. (Florio, Lisa) (Entered: 10/07/2014) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/07/2014 14:58:24 | | |
| PACER Login: | to1435:3913915:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:12-cv-03881-SJF-ARL |
| Billable Pages: | 3 | Cost: | 0.30 |