UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA, *et al.*, *ex rel.*
DANIEL COYNE, M.D.,

              Plaintiffs,

              - against –

AMGEN, INC.,

              Defendant.
------------------------------------------------------------------ x

No. 12-CV-3881

(Feuerstein, J.)
(Lindsay, M.J.)

# RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Amgen Inc., by its undersigned counsel, hereby certifies that it does not have a parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

Dated:   New York, New York
           December 17, 2014

Respectfully submitted,

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP


  */s/ Eric Corngold*
Eric Corngold
7 Times Square
New York, New York 10036-6516
(212) 833-1100
ecorngold@fklaw.com

*Attorneys for Defendant Amgen, Inc.*

2821132.1